## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Calloway, Nina A | Case Number:  07 B 17912 |
| | Judge:  Squires, John H |
| Printed: 10/29/08 | Filed:  10/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 17, 2008
Confirmed:  November 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,700.00 | |
| Secured: | | 525.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,079.94 |
| Trustee Fee: | | 95.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,700.00 | 1,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,503.00 | 1,079.94 |
| 2. | Westlake Financial Services | Secured | 8,608.29 | 525.00 |
| 3. | AIS Services | Unsecured | 51.10 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 100.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 45.16 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 1,093.50 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 32.20 | 0.00 |
| 8. | Westlake Financial Services | Unsecured | 17.50 | 0.00 |
| 9. | Chicago State University | Unsecured | 87.90 | 0.00 |
| 10. | Chase Bank | Unsecured | 125.53 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 12. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 15. | Asset Care | Unsecured | | No Claim Filed |
| 16. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 17. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 18. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 20. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 21. | Allied Collection Services | Unsecured | | No Claim Filed |
| | | | $ 13,664.18 | $ 1,604.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Calloway, Nina A

Printed: 10/29/08

Case Number:  07 B 17912
Judge:  Squires, John H
Filed:  10/1/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.73 |
| 6.5% | 19.33 |
|  | $ 95.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

